IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. <u>25-CR-2581 MIS</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| **TIMOTEO SANTIZO-PEREZ**, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

The United States of America files this response to the Court's Order to Show Cause. Doc. 12. Based upon its review of the Court's Order, the Government does not oppose the Court dismissing this matter with prejudice.

    Respectfully submitted,

    RYAN ELLISON
    Acting United States Attorney

    */s/   Filed Electronically on 10/1/2025*
    SILVIA DELGADO
    Assistant U.S. Attorney
    200 N. Church Street
    Las Cruces, NM  88001
    (575) 522-2304


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document using the Court's CM/ECF filing system which will send electronic notification to opposing counsel of record.

    */s/  Filed Electronically on 10/1/2025*
    SILVIA DELGADO
    Assistant U.S. Attorney